**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES V. SHIRLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:19-cv-00223-BAJ-RLB |
| **FLUOR CORPORATION and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by counsel, respectfully submits this Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). As set forth in the accompanying Memorandum in Support, dismissal is warranted because: Plaintiff's long term disability claims against Liberty Life under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.,* should be dismissed because: (1) he failed to timey exhaust administrative remedies as required by ERISA, and the Policy deadline to do so has passed; (2) this lawsuit was filed outside the Policy's express three-year contractual limitations period; and (3) Plaintiff cannot pursue a statutory penalty claim against Liberty Life. Plaintiff's claims set forth in the Amended Complaint ("Complaint") against Liberty Life are improper, not supported by law, and should be dismissed with prejudice.

Dated: August 8, 2019.

                Respectfully submitted,

                OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.

                By: */s/ Eric P. Mathisen*
                Eric P. Mathisen, IN Bar No. 19475-71
                56 S. Washington St., Suite 302
                Valparaiso, IN 46383
                Phone: 219-242-8666
                Fax: 219-242-8669
                eric.mathisen@ogletree.com
                ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on August 8, 2019 and that service of same on all counsel of record is made by the Court's CM/ECF system:

                */s/  Eric P. Mathisen*