UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES V. SHIRLEY** | **CIVIL ACTION** |
| **VERSUS** | |
| **FLUOR CORPORATION, ET AL.** | **NO.: 19-00223-BAJ-RLB** |

FINAL JUDGMENT

Considering the Court's Order (Doc. 62) which dismissed Plaintiff's claims against Defendants Fluor Corporation and Liberty Life Assurance Company of Boston, and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 24th day of March, 2020.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**